IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HEIDI L. HANSEN,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:10-CV-5597-RJB-JRC<br><br>ORDER AMENDING THE BRIEFING SCHEDULE |

Based on the Plaintiff's Motion to Amend the Briefing Schedule and Defendant's concurrence with the proposal, it is hereby ORDERED the Briefing Schedule shall be amended as follows:

Plaintiff's Opening Brief is now due by February 22, 2011;

Defendant's Responsive Brief is now due by March 22, 2011;

Plaintiff's Reply Brief is now due by April 5, 2011; and

Oral argument, if desired, shall be requested by April 12, 2011.

DATED this 19th day of January, 2011.

J. Richard Creatura
United States Magistrate Judge

Page 1    ORDER - [3:10-CV-5597-RJB-JRC]